Exhibit A
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16897 | 12/04/17 | 01/18/17 | EDU WEALTH ADVISORS LLC | | $ 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16828 | 12/04/17 | 01/13/17 | EDU WEALTH ADVISORS LLC | | 1,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16520 | 12/04/17 | 01/09/17 | EDU WEALTH ADVISORS LLC | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16521 | 12/04/17 | 01/09/17 | EDU WEALTH ADVISORS LLC | | 1,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16522 | 12/04/17 | 01/09/17 | EDU WEALTH ADVISORS LLC | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16523 | 12/04/17 | 01/09/17 | EDU WEALTH ADVISORS LLC | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16407 | 12/04/17 | 01/09/17 | EDU WEALTH ADVISORS LLC | | 10,650.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16461 | 12/04/17 | 01/09/17 | EDU WEALTH ADVISORS LLC | | 7,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 16256 | 12/04/17 | 01/05/17 | EDU WEALTH ADVISORS LLC | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15873 | 12/04/17 | 12/19/16 | EDU WEALTH ADVISORS LLC | | 7,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15774 | 12/04/17 | 12/19/16 | EDU WEALTH ADVISORS LLC | | 2,700.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15680 | 12/04/17 | 12/19/16 | EDU WEALTH ADVISORS LLC | | 7,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15681 | 12/04/17 | 12/19/16 | EDU WEALTH ADVISORS LLC | | 2,175.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15505 | 12/04/17 | 12/07/16 | EDU WEALTH ADVISORS LLC | | 960.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15506 | 12/04/17 | 12/07/16 | EDU WEALTH ADVISORS LLC | | 3,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15507 | 12/04/17 | 12/07/16 | EDU WEALTH ADVISORS LLC | | 7,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15392 | 12/04/17 | 12/05/16 | EDU WEALTH ADVISORS LLC | | 15,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15393 | 12/04/17 | 12/05/16 | EDU WEALTH ADVISORS LLC | 1,762.50 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15393 | 12/04/17 | 12/05/16 | EDU WEALTH ADVISORS LLC | | 2,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15313 | 12/04/17 | 12/01/16 | EDU WEALTH ADVISORS LLC | 562.50 | |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15313 | 12/04/17 | 12/01/16 | EDU WEALTH ADVISORS LLC | | 3,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15213 | 12/04/17 | 12/01/16 | EDU WEALTH ADVISORS LLC | | 187.50 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15213 | 12/04/17 | 12/01/16 | EDU WEALTH ADVISORS LLC | | 125.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14983 | 12/04/17 | 11/23/16 | EDU WEALTH ADVISORS LLC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15020 | 12/04/17 | 11/23/16 | EDU WEALTH ADVISORS LLC | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15021 | 12/04/17 | 11/23/16 | EDU WEALTH ADVISORS LLC | | 5,075.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15022 | 12/04/17 | 11/23/16 | EDU WEALTH ADVISORS LLC | | 3,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 15023 | 12/04/17 | 11/23/16 | EDU WEALTH ADVISORS LLC | | 3,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14642 | 12/04/17 | 11/14/16 | EDU WEALTH ADVISORS LLC | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14462 | 12/04/17 | 11/07/16 | EDU WEALTH ADVISORS LLC | | 5,300.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14306 | 12/04/17 | 11/07/16 | EDU WEALTH ADVISORS LLC | | 13,420.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14307 | 12/04/17 | 11/07/16 | EDU WEALTH ADVISORS LLC | | 10,440.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14308 | 12/04/17 | 11/07/16 | EDU WEALTH ADVISORS LLC | | 4,080.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14309 | 12/04/17 | 11/07/16 | EDU WEALTH ADVISORS LLC | | 3,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14310 | 12/04/17 | 11/07/16 | EDU WEALTH ADVISORS LLC | | 4,620.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14215 | 12/04/17 | 11/02/16 | EDU WEALTH ADVISORS LLC | | 920.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 14022 | 12/04/17 | 10/26/16 | EDU WEALTH ADVISORS LLC | | 3,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13847 | 12/04/17 | 10/20/16 | EDU WEALTH ADVISORS LLC | | 17,640.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13678 | 12/04/17 | 10/18/16 | EDU WEALTH ADVISORS LLC | | 3,400.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13679 | 12/04/17 | 10/18/16 | EDU WEALTH ADVISORS LLC | | 4,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13434 | 12/04/17 | 10/07/16 | EDU WEALTH ADVISORS LLC | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13435 | 12/04/17 | 10/07/16 | EDU WEALTH ADVISORS LLC | | 2,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13415 | 12/04/17 | 10/07/16 | EDU WEALTH ADVISORS LLC | | 2,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13309 | 12/04/17 | 10/04/16 | EDU WEALTH ADVISORS LLC | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13228 | 12/04/17 | 10/03/16 | EDU WEALTH ADVISORS LLC | | 4,080.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 13184 | 12/04/17 | 09/29/16 | EDU WEALTH ADVISORS LLC | | 14,880.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 10099 | 12/04/17 | 09/22/16 | EDU WEALTH ADVISORS LLC | | 2,380.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 10100 | 12/04/17 | 09/22/16 | EDU WEALTH ADVISORS LLC | | 7,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9576 | 12/04/17 | 09/13/16 | EDU WEALTH ADVISORS LLC | | 2,380.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9577 | 12/04/17 | 09/13/16 | EDU WEALTH ADVISORS LLC | | 18,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9441 | 12/04/17 | 09/02/16 | EDU WEALTH ADVISORS LLC | | 2,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9316 | 12/04/17 | 09/01/16 | EDU WEALTH ADVISORS LLC | | 2,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9211 | 12/04/17 | 08/26/16 | EDU WEALTH ADVISORS LLC | | 1,300.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9212 | 12/04/17 | 08/26/16 | EDU WEALTH ADVISORS LLC | | 4,788.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9125 | 12/04/17 | 08/23/16 | EDU WEALTH ADVISORS LLC | | 2,800.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9127 | 12/04/17 | 08/23/16 | EDU WEALTH ADVISORS LLC | | 1,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 9128 | 12/04/17 | 08/23/16 | EDU WEALTH ADVISORS LLC | | 5,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8883 | 12/04/17 | 08/23/16 | EDU WEALTH ADVISORS LLC | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8318 | 12/04/17 | 08/10/16 | EDU WEALTH ADVISORS LLC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8129 | 12/04/17 | 08/01/16 | EDU WEALTH ADVISORS LLC | | 5,250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8130 | 12/04/17 | 08/01/16 | EDU WEALTH ADVISORS LLC | | 1,840.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8131 | 12/04/17 | 08/01/16 | EDU WEALTH ADVISORS LLC | | 11,360.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 8134 | 12/04/17 | 08/01/16 | EDU WEALTH ADVISORS LLC | | 1,680.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7452 | 12/04/17 | 07/20/16 | EDU WEALTH ADVISORS LLC | | 6,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7336 | 12/04/17 | 07/06/16 | EDU WEALTH ADVISORS LLC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7337 | 12/04/17 | 07/06/16 | EDU WEALTH ADVISORS LLC | | 6,300.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7271 | 12/04/17 | 07/06/16 | EDU WEALTH ADVISORS LLC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7154 | 12/04/17 | 07/06/16 | EDU WEALTH ADVISORS LLC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 7011 | 12/04/17 | 06/30/16 | EDU WEALTH ADVISORS LLC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6735 | 12/04/17 | 06/20/16 | EDU WEALTH ADVISORS LLC | | 7,000.00 |

Exhibit A
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6736 | 12/04/17 | 06/20/16 | EDU WEALTH ADVISORS LLC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6522 | 12/04/17 | 06/17/16 | EDU WEALTH ADVISORS LLC | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 6523 | 12/04/17 | 06/17/16 | EDU WEALTH ADVISORS LLC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5699 | 12/04/17 | 05/23/16 | EDU WEALTH ADVISORS LLC | | 4,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5503 | 12/04/17 | 05/23/16 | EDU WEALTH ADVISORS LLC | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5504 | 12/04/17 | 05/23/16 | EDU WEALTH ADVISORS LLC | | 1,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5196 | 12/04/17 | 05/16/16 | EDU WEALTH ADVISORS LLC | | 1,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | 5245 | 12/04/17 | 05/16/16 | EDU WEALTH ADVISORS LLC | | 1,000.00 |
| | | | TOTALS - 2 YEAR | | 2,325.00 | 319,680.50 |
| | | | NET DISBURSEMENTS - 2 YEAR | | | 317,355.50 |

Exhibit B
Schedule of Claims Contributed by Investors
Broker(s): EDU Wealth Advisors, LLC / Roger Dobrovodsky

| Investor Name | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
|---|---|---|---|---|
| | Class 3 | Class 5 | Class 3 | Class 5 |
| ALAN L & MARY L HORNADAY | $ 100,000.00 | $ - | $ 94,716.67 | $ - |
| ALMA M COOK | 100,000.00 | - | 95,901.37 | - |
| ANTHONY R FERRARO LT | 230,000.00 | - | 220,944.16 | - |
| BRUCE A BIGELOW | 80,000.00 | - | 79,108.33 | - |
| CARL E KIRK | 100,000.00 | - | 92,666.61 | - |
| CAROLE E BARNABY | 68,400.00 | - | 63,395.40 | - |
| CAROLYN D GORNICK | 40,000.00 | - | 37,060.00 | - |
| CHARLES J & CAROLYN G TROUTMAN | 30,000.00 | - | 29,720.42 | - |
| CLARENCE P & PHYLLIS C SMITH | 25,000.00 | - | 24,364.56 | - |
| CURTIS R LIPE | 25,000.00 | - | 24,819.44 | - |
| CYNTHIA M LEPPERT | 72,000.00 | - | 68,560.72 | - |
| DOLORES J SCARDINE | 25,000.00 | - | 24,378.46 | - |
| ELIZABETH ORRICK | 105,000.00 | - | 95,147.50 | - |
| ESTHER C FERRARO | 40,000.00 | - | 39,153.33 | - |
| FLETCHER L & DEBORAH K VINES | 40,000.00 | - | 37,073.33 | - |
| FRANCIS M & PHYLLIS A LINEBACK | 50,000.00 | - | 48,460.42 | - |
| FREDERICK L HELLMANN | 40,000.00 | - | 37,027.72 | - |
| GLORIA J CLAPP | 50,000.00 | - | 48,687.52 | - |
| GRACE H WIREMAN | 100,000.00 | - | 93,333.33 | - |
| HELEN LOUISE BROWN | 30,000.00 | - | 28,705.00 | - |
| IRA SVCS TR CO-CFBO BRUCE A BIGELOW IRA | 78,000.00 | - | 75,339.27 | - |
| IRA SVCS TR CO-CFBO CAROL E BARNABY IRA | 34,000.00 | - | 31,569.00 | - |
| IRA SVCS TR CO-CFBO CHARLES D WISNER IRA | 68,000.00 | - | 63,376.00 | - |
| IRA SVCS TR CO-CFBO CHARLES P DAUS IRA | 30,000.00 | - | 28,770.42 | - |
| IRA SVCS TR CO-CFBO CHRISTOPHER K STEWART | 122,000.00 | - | 120,719.00 | - |
| IRA SVCS TR CO-CFBO COLLEEN K FINLEY IRA | 90,000.00 | - | 82,680.00 | - |
| IRA SVCS TR CO-CFBO DARYL J ST PIERRE | 141,000.00 | - | 125,482.96 | - |
| IRA SVCS TR CO-CFBO DONALD FLORENCE ROTH | 31,000.00 | - | 25,895.38 | - |
| IRA SVCS TR CO-CFBO DONNA L DANISH IRA | 138,000.00 | - | 130,041.71 | - |
| IRA SVCS TR CO-CFBO GERALD M ARNETT IRA | 32,000.00 | - | 31,024.00 | - |
| IRA SVCS TR CO-CFBO GRACE H WIREMAN IRA | 72,500.00 | - | 68,065.42 | - |
| IRA SVCS TR CO-CFBO HAROLD D HUTTON IRA | 25,000.00 | - | 23,578.09 | - |
| IRA SVCS TR CO-CFBO JANET R WOODS IRA | 29,000.00 | - | 27,204.05 | - |
| IRA SVCS TR CO-CFBO JOHN M BERWICK IRA | 29,000.00 | - | 28,018.83 | - |
| IRA SVCS TR CO-CFBO JOYCE A STOCK | 70,000.00 | - | 67,005.52 | - |
| IRA SVCS TR CO-CFBO JUDITH A GLAZE | 46,500.00 | - | 45,515.75 | - |
| IRA SVCS TR CO-CFBO KAREN S HAAK IRA | 260,000.00 | - | 241,280.00 | - |
| IRA SVCS TR CO-CFBO KENNETH G WALLS IRA | 244,000.00 | - | 229,536.26 | - |
| IRA SVCS TR CO-CFBO LISA J MILES | 68,000.00 | - | 64,046.42 | - |
| IRA SVCS TR CO-CFBO MELINDA K WHEELER IRA | 52,000.00 | - | 48,569.39 | - |
| IRA SVCS TR CO-CFBO MICHAEL D FISHEL IRA | 100,000.00 | - | 94,233.33 | - |
| IRA SVCS TR CO-CFBO MICHAEL DOOLITTLE IRA | 155,800.00 | 248,000.00 | 139,647.09 | 222,288.06 |
| IRA SVCS TR CO-CFBO MICHAEL S SHELTON IRA | 27,000.00 | - | 26,266.25 | - |
| IRA SVCS TR CO-CFBO NATALIE M CORNETT IRA | 147,000.00 | - | 138,293.51 | - |
| IRA SVCS TR CO-CFBO NEAL A COLSON IRA | 47,000.00 | - | 45,197.65 | - |
| IRA SVCS TR CO-CFBO ROBERT G HAAK IRA | 34,000.00 | - | 31,552.00 | - |
| IRA SVCS TR CO-CFBO ROBERT P OTT IRA | 39,000.00 | - | 37,492.00 | - |
| IRA SVCS TR CO-CFBO RONALD K ROSS IRA | 30,000.00 | - | 28,491.67 | - |
| IRA SVCS TR CO-CFBO SAMUEL E GOLDEN IRA | 109,000.00 | - | 106,229.56 | - |
| IRA SVCS TR CO-CFBO SANDRA S WALLS | 179,000.00 | - | 168,417.67 | - |
| IRA SVCS TR CO-CFBO SHARI D MILLS IRA | 58,750.00 | - | 56,732.92 | - |
| IRA SVCS TR CO-CFBO TERRY L COVINGTON IRA | 138,000.00 | - | 134,339.17 | - |
| IRA SVCS TR CO-CFBO WALTER H GILBO | - | 119,000.00 | - | 114,339.15 |
| IRA SVCS TR CO-CFBO WILLIAM C WORLAND IRA | 46,000.00 | - | 43,022.73 | - |
| JACK D GWALTNEY | 25,000.00 | - | 23,305.50 | - |

Schedule of Claims Contributed by Investors

| Investor Name | Class 3 | Class 5 | Class 3 | Class 5 |
|---|---|---|---|---|
| JACK D GWALTNEY LT | 101,000.00 | - | 97,560.60 | - |
| JACK W & PATRICIA A WATKINS KEYSTONE TR | 100,000.00 | - | 94,016.67 | - |
| JAMES C & DIANE C WAHL | 30,000.00 | - | 30,000.00 | - |
| JAMES K & MALLIE V MCDOLE | 26,000.00 | - | 25,731.33 | - |
| JAMES R & SHIRLEY L LIMP | 100,000.00 | - | 97,416.67 | - |
| JAMES YEE | 25,000.00 | - | 23,593.71 | - |
| JASPER N DIRLAM RT | 25,000.00 | - | 23,545.87 | - |
| JOAN HELLMANN | 40,000.00 | - | 37,829.80 | - |
| JOHN J MOELLER | 100,000.00 | - | 98,666.67 | - |
| JOHN M & KATHY J BERWICK | 25,000.00 | - | 23,789.59 | - |
| JOHNNY L & CLAUDIA F LANE | 25,000.00 | - | 24,483.33 | - |
| KENNETH W BRINGLE | 50,000.00 | - | 47,008.33 | - |
| LARRY A WHYBREW | 100,000.00 | - | 94,059.69 | - |
| LAWRENCE L & BRENDA J TUNGATE | 40,000.00 | - | 39,222.91 | - |
| LESLIE N & JEANETTE M GRADY | 100,000.00 | - | 95,083.30 | - |
| MAINSTAR-FBO ALBERT T WILKINS | 100,000.00 | - | 99,770.83 | - |
| MAINSTAR-FBO CAROL A COLSON | 101,000.00 | - | 100,343.50 | - |
| MAINSTAR-FBO CASSANDRA JEFFERSON | 25,000.00 | - | 23,758.68 | - |
| MAINSTAR-FBO DONALD G SETTERLOF | 142,000.00 | 118,000.00 | 131,578.93 | 109,340.23 |
| MAINSTAR-FBO DONNA HARRIS-BROOKS | 23,000.00 | - | 21,547.17 | - |
| MAINSTAR-FBO JOHN L BILTZ | 100,000.00 | - | 99,652.78 | - |
| MAINSTAR-FBO LINDA DUVALL | - | 83,350.00 | - | 76,010.57 |
| MAINSTAR-FBO MARGARET A SETTERLOF | 85,500.00 | - | 80,421.06 | - |
| MARCIA A GATLIN | 30,000.00 | - | 28,154.17 | - |
| MARY L MILLER | 106,000.00 | - | 99,687.14 | - |
| MAUREEN L FERGUSON | 30,000.00 | - | 28,455.00 | - |
| MICHAEL BROWNING | 200,000.00 | - | 187,541.70 | - |
| MICHAEL C & LINDA J CLIFTON | 45,000.00 | - | 42,512.50 | - |
| MICHAEL L TETER RT | 125,000.00 | - | 119,955.54 | - |
| MIRIAM L HOGG | 100,000.00 | - | 97,916.65 | - |
| NORMA E CHEATHAM | 25,000.00 | - | 23,274.25 | - |
| PHYLLIS A PARKER | 25,000.00 | - | 23,712.50 | - |
| PHYLLIS F GOLDMAN | 30,000.00 | - | 26,861.67 | - |
| PROV. TR GP-FBO RICHARD P GALLAMORE IRA | 100,000.00 | - | 92,966.67 | - |
| RAYMOND J & JUDY L CRADY | 50,000.00 | - | 46,645.89 | - |
| RICHARD A & PATRICIA A EICKHOLTZ | - | 200,000.00 | - | 183,027.84 |
| RICHARD F MERRION LT | 25,000.00 | - | 23,762.50 | - |
| ROBERT C RAHKE | 100,000.00 | - | 86,440.85 | - |
| ROBERT M PAQUIN | 25,000.00 | - | 24,774.66 | - |
| SANDRA S FINKENBINE SUPP TR | 50,000.00 | - | 46,507.00 | - |
| SARAH F PERRAS | 25,000.00 | - | 23,433.98 | - |
| SHARON L GOBER | 50,000.00 | - | 47,316.67 | - |
| SHIRLEY R DENIS | 80,000.00 | - | 74,133.33 | - |
| STEVEN M & DIANA L RAINS | 50,000.00 | - | 47,425.00 | - |
| TED B CHEN | 40,000.00 | - | 37,261.06 | - |
| THE KNOWLSON FT | 75,000.00 | - | 69,175.00 | - |
| THE MYRON R & CAROL L LAGRANGE RLT | 150,000.00 | - | 143,450.00 | - |
| THOMAS E DELLINGER | 25,000.00 | - | 24,503.46 | - |
| WALTER K & RUTH A VEALE | 40,000.00 | - | 38,949.98 | - |
| WAYNE A & BETTY J STURTEVANT | 125,000.00 | - | 122,802.03 | - |
| YOSHIKO Y ESTES | 73,000.00 | - | 70,713.70 | - |
| Totals | $7,408,450.00 | $768,350.00 | $7,021,577.13 | $705,005.85 |